FILED

10/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0298

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No.   DA 20-0298

RUPP'S RENTALS, LLC., a Montana
limited liability company
                    Plaintiff/Appellant

-vs-                                                    ORDER OF DISMISSAL

LARRY P. BENNETT,

                    Defendant/Respondent

The parties having advised the Court that this matter is settled and having stipulated to a dismissal of the appeal,

IT IS HEREBY ORDERED:

This appeal is dismissed with prejudice .

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2020